```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


NOLAN HUDSON, JR.                              CIVIL ACTION


VERSUS                                         NO: 08-1070


NEW ORLEANS POLICE                             SECTION: "A" (3)
DEPARTMENT, ET AL.
```

### ORDER

Plaintiff has filed a Motion for Reconsideration of Appointment of Counsel (Rec. Doc. 21) and a Motion for Extension of Time(Rec. Doc. 20). On May 1, 2008, the assigned magistrate judge issued an order denying Plaintiff's motion for appointment of counsel in this civil matter because this case does not present *exceptional* circumstances. (Rec. Doc. 14). Plaintiff moved for reconsideration of that ruling and the magistrate judge denied relief. (Rec. Doc. 19).

The Court will treat Plaintiff's second motion for reconsideration (Rec. Doc. 21) as an appeal from that ruling and the motion for extension of time (Rec. doc. 20) as a motion for the Court to reconsider its prior order granting Defendants' unopposed motion to dismiss. The appeal regarding the appointment of counsel is denied because the magistrate judge's ruling was not clearly erroneous or contrary to law.

On May 16, 2008, the Court granted a motion to dismiss filed by Chief Riley and the New Orleans Police Department because the motion was not opposed. The magistrate judge's order denying the

motion for appointment of counsel (Rec. Doc. 14) explains why Plaintiff does not state a claim against either of the named defendants.  Moreover, the opinion also explains the problem that Plaintiff in all likelihood faces in light of <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), given that he is still facing charges for the crime that led to his claims of unlawful arrest and excessive force.  The motion to reconsider the prior order granting the motion to dismiss is therefore denied.

In sum, Plaintiff is not entitled to have counsel appointed to pursue this civil matter on his behalf and the Court has no legal or factual basis upon which to disturb the prior ruling dismissing the claims against the only two named defendants.

Accordingly;

**IT IS ORDERED** that the **Motion for Reconsideration of Appointment of Counsel (Rec. Doc. 21)** and the **Motion for Extension of Time (Rec. Doc. 20)** are **DENIED**.

June 4, 2008

                                      JAY C. ZAINEY
                                UNITED STATES DISTRICT JUDGE